IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEONARD BREAUX,**<br>XXX-XX-5619<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**MARTIN J. O'MALLEY,**<br>**COMMISSIONER OF SOCIAL**<br>**SECURITY,**<br><br>　　　　**Defendant.** | CIVIL ACTION NO.<br>(CA#)<br><br><br>Judge _____<br><br>Magistrate Judge _____ |

## COMPLAINT

1. Plaintiff, Leonard Breaux, is a resident of Plaquemine, Iberville County, Louisiana.

2. This case is an appeal under 42 U.S.C. § 405(g) of a final administrative decision of Defendant, which denied Plaintiff Supplemental Security Income (SSI) under Title XVI of the Social Security Act.

3. This action is an appeal from a final administrative decision dated July 3, 2023, denying Plaintiff's claim. Plaintiff's identifying designation is BNC # 21QS198F83068.

4. This action is commenced within the appropriate time period set forth in the Action of Appeals Council on Request for Review dated November 22, 2023, and received by Plaintiff on or about November 27, 2023.

5. Plaintiff has exhausted administrative remedies in this matter and this Court has jurisdiction for judicial review pursuant to 42 U.S.C. § 405(g).

6. Plaintiff is disabled.

7. Plaintiff was denied SSI by Defendant as it was his determination that Plaintiff is not disabled under the Social Security Act.

8.     It is Plaintiff's contention that the denial of his disability claim is not supported by substantial evidence under the standards set forth by 42 U.S.C. § 405(g) and all other applicable laws and regulations, including the weight of the evidence, his credibility, the medical evidence of record, and any and all other applicable evidentiary issues, both in law and in fact, and therefore the denial of his claim should be reversed or remanded for further administrative proceedings.

WHEREFORE the Plaintiff seeks judicial review by this Court and the entry of a judgment for such relief as may be proper, including reversal of the Agency's decision or, in the alternative remand for further proceedings, as well as costs.

                                                Respectfully submitted,

                                                */s/Vijay Venkataraman*
                                                VIJAY VENKATARAMAN (Bar No. 23345)
                                                2019 Government Street
                                                Baton Rouge, LA 70806
                                                Ph: 225-389-0700
                                                Fax: 225-389-0072
                                                vijaylawfirm@att.net
                                                Attorney for Plaintiff
                                                *January 16, 2024*